UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANUYEL E. BRYANT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　Respondent. | Case No. 16-cv-03054-YGR (PR)<br><br>**ORDER OF TRANSFER** |

In this habeas case Petitioner seeks to challenge a conviction and sentence incurred in the Los Angeles County Superior Court, which is within the venue of the Western Division of the Central District of California. *See* 28 U.S.C. § 84. Petitioner is incarcerated at California State Prison - Los Angeles County, which is also in the Western Division for the Central District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). This district is neither. Therefore, venue is not proper here. This case is TRANSFERRED to the Western Division of the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b). The Clerk of the Court shall transfer the case forthwith.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: August 18, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge